IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| FRANK LAWRENCE,<br>#07934-20 | *<br>*<br>* | |
| Plaintiff, | * | |
| v. | * | No. 4:20CV01363-JJV |
| | * | |
| ARAMARK, *et al*. | *<br>* | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith

SO ORDERED this 25th day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE